# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 53 WAP 2019 |
| | : | |
| Appellant | : | Appeal from the Judgment of |
| | : | Sentence of the Court of Common |
| | : | Pleas of Blair County dated October |
| v. | : | 3, 2019 at No. CP-07-CR-0000611- |
| | : | 2017. |
| | : | |
| TRAVIS MCMASTER, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 12th day of November, 2020, upon consideration of the Commonwealth's "Application for Briefing Schedule or for Vacating the Trial Court Order and Remanding to the Trial Court," the judgment of sentence imposed on Appellee by the Court of Common Pleas of Blair County by order dated October 3, 2019, is VACATED, to the extent that the court refused to conduct a sexually-violent-predator assessment on Appellee on constitutional grounds. The matter is remanded to the common pleas court for further proceedings consistent with *Commonwealth v. Butler*, 226 A.3d 972 (Pa. 2020).